FREDERICK G. SCHLEGEL, Appellant, v. GRETRUDE E. KIENZLE, Respondent.— Judgment and order reversed on the law and a new trial granted, costs to appellant

to abide the event, on authority of *Schlegel* v. *Kienzle* (*post*, p. 866), decided herewith. Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ., concur.